**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| STACY SOE,<br><br>Plaintiff,<br><br>v.<br><br>HOWARD UNIVERSITY HOSPITAL and DISTRICT OF COLUMBIA NURSES ASSOCIATION,<br><br>Defendants. | No. 1:26-cv-03426 |

**NOTICE OF FILING**

Pursuant to the Court's Memorandum Opinion and Order granting Plaintiff Stacy Soe's Motion to Proceed Under Pseudonym (the "Motion"), Dkt. No. 3, Plaintiff hereby files a pseudonymous version of the Motion and attached documents on the public docket in this case.

DATED: October 5, 2026

Respectfully submitted,

/s/ Joseph J. Wardenski
Joseph J. Wardenski (D.C. Bar No. 995549)
WARDENSKI P.C.
134 West 29th Street, Suite 709
New York, NY 10001
Phone: (347) 913-3311
joe@wardenskilaw.com

Alyssa Lareau (D.C. Bar 494881)
WARDENSKI P.C.
300 New Jersey Avenue NW, 3rd Floor
Washington, D.C. 20001
Phone: (202) 935-4224
alyssa@wardenskilaw.com

*Attorneys for Plaintiff*