**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| STACY SOE,<br><br>Plaintiff,<br><br>v.<br><br>HOWARD UNIVERSITY HOSPITAL,<br><br>and<br><br>DISTRICT OF COLUMBIA NURSES ASSOCIATION,<br><br>Defendants. | Case No. 1:26-cv-03426 |

**PLAINTIFF'S MOTION TO PROCEED UNDER PSEUDONYM**

**(Filed Under Seal)**

Plaintiff Stacy Soe ("Plaintiff"), by and through her attorneys, hereby seeks authorization to proceed under a pseudonym in the above-captioned matter. In light of her status as transgender woman, Plaintiff is concerned about the social stigmatization, harassment, retaliation, discrimination, and potential violence she may experience from others, including those in her workplace and labor organization, that could cause her physical and/or mental harm if her identity is disclosed to the public.

Plaintiff respectfully requests that this Court grant her motion to proceed under a pseudonym.

DATED: September 30, 2026

Respectfully submitted,

*/s/ Joseph J. Wardenski*

Joseph J. Wardenski (D.C. Bar No. 995549)
WARDENSKI P.C.
134 West 29th Street, Suite 709
New York, NY 10001
(347) 913-3311
joe@wardenskilaw.com

Alyssa Lareau (D.C. Bar No. 494881)
WARDENSKI P.C.
300 New Jersey Avenue NW, 3rd Floor
Washington, D.C. 20001
(202) 935-4224
alyssa@wardenskilaw.com

*Attorneys for Plaintiff Stacy Soe*