**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| STACY SOE,<br><br>Plaintiff,<br><br>v.<br><br>HOWARD UNIVERSITY HOSPITAL<br><br>and<br><br>DISTRICT OF COLUMBIA NURSES ASSOCIATION,<br><br>Defendants. | Case No. 1:26-cv-03426 |

**DECLARATION OF PLAINTIFF STACY SOE**

**(Filed Under Seal)**

I, Stacy Soe, declare:

1. I am the plaintiff in the above-captioned lawsuit.

2. I am a transgender woman.

3. I am using the pseudonym, Stacy Soe, to protect myself.

4. I am a Registered Nurse at Howard University Hospital.

5. I have made a full social and legal gender transition many years ago, and have lived as a woman in all aspects of my life, including at work, for decades.

6. I have chosen not to disclose my transgender identity in my workplace, since my colleagues know me to be a woman and I prefer to keep information about my transgender status and gender transition private. At the hospital, my focus is on my work. Over the years, I have witnessed colleagues and patients make derogatory remarks about transgender people. Given the large number of patients I see, I am concerned and anxious that being perceived to be transgender, or being outed as transgender, could expose me to verbal and physical harassment and violence.

7. Outside of work, I have experienced physical violence in the past and have experienced threats and harassment because I am a transgender woman.

8. The current political climate regarding transgender people has made me fearful and persistently anxious for my physical safety if my status as a transgender woman is publicly known.

9. Over two decades ago, I was diagnosed with gender dysphoria, a condition recognized by the American Psychiatric Association's Diagnostic and Statistical Manual, 5th edition, Text Revision, as the "distress that may accompany the incongruence between one's experienced or expressed gender and one's assigned gender." Since my diagnosis, I have received various medical treatments to align my physical appearance with my female identity.

10. My treating providers have determined that I continue to experience significant gender dysphoria related to my male-appearing facial features. I am constantly afraid and anxious that someone might perceive me as transgender or as a man, and subject me to harm, because of these facial characteristics. My providers have determined that gender-affirming facial surgeries would treat my gender dysphoria and make it safer for me to live authentically as a woman.

11. I am bringing this lawsuit specifically to challenge the denial of insurance coverage to obtain medically necessary gender-affirming facial reconstruction surgeries under my Howard University Hospital employee health plan, based on a categorical coverage exclusion enforced by the Hospital's third-party administrator, Cigna. The ability to obtain these surgeries is important to me because it would both align my facial appearance with my female sex and gender identity, would reduce the risk of me being involuntarily outed as transgender, and would make me feel safer at work and in my community.

12. My identity is known to Defendants and has been disclosed to Defendants' counsel in this matter.

13. I fear that filing this Complaint with my full name will publicly disclose my transgender status and place me at risk of harassment, threats, or actual violence in and outside my workplace, the very risks that I seek to avoid by obtaining the gender-affirming facial surgery recommended by my doctors that is the subject of this lawsuit.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 30, 2026

Stacy Soe

Stacy Soe