**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| STACY SOE,<br><br>Plaintiff,<br><br>v.<br><br>HOWARD UNIVERSITY HOSPITAL,<br><br>and<br><br>DISTRICT OF COLUMBIA NURSES ASSOCIATION,<br><br>Defendants. | Case No. 1:26-cv-03426 |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO PROCEED UNDER PSEUDONYM**

THIS MATTER having been opened to the Court by Wardenski P.C., counsel for Plaintiff Stacy Soe ("Plaintiff"), by way of motion for an order granting authorization to proceed under a pseudonym (the "Motion"), and the Court, having considered the Motion and for good cause shown, it is ORDERED that Plaintiff's Motion is GRANTED. It is further ORDERED that:

1. Plaintiff is permitted to proceed under a pseudonym during the duration of the case;

2. All documents filed with the Court that contain the name of Plaintiff or information which identifies Plaintiff shall be redacted for the record and filed under seal. In all publicly filed documents, Plaintiff shall be identified only by her pseudonym, Stacy Soe.

3. Individuals to whom disclosure of Plaintiff's identity is made shall not further disclose that information to any other person or entity without first obtaining confirmation from Defendants' counsel that such disclosure is necessary to litigate this action.

4. Before disclosing Plaintiff's identity to any person for purposes of litigating this action, counsel for the Defendants shall require that person to read this Order, and specifically warn that person that violation of this Order may result in sanctions for contempt of court.

5. If any specific issues related to non-disclosure arise during the course of litigation, the Parties shall seek to resolve those issues directly without court intervention. If the Parties cannot agree, they shall seek further clarification from this Court.

6.

It is SO ORDERED, this ___ day of ______, 2026.

________________________________

United States District Judge