AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Stacy Soe
*Plaintiff*
v.
Howard University Hospital et al.
*Defendant*

Case No. 1:26-cv-03426

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Stacy Soe .

Date: 10/06/2026

/s/ Alyssa Lareau
*Attorney's signature*

Alyssa Lareau (DC Bar No. 494881)
*Printed name and bar number*

Wardenski P.C.
300 New Jersey Avenue NW, Suite 300
Washington, DC 20001
*Address*

alyssa@wardenskilaw.com
*E-mail address*

(202) 935-4224
*Telephone number*

*FAX number*

Print Save As... Reset