UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

# NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL

The substantial criminal caseload in this Court and the requirements of the Speedy Trial Act frequently result in delays in the trials of civil cases that are beyond the control of this Court, causing hardship to the parties, counsel, and witnesses. Pursuant to 28 U.S.C. § 636(c), with written consent of all parties, a Magistrate Judge may conduct all proceedings in a case, including all pretrial and trial proceedings, entry of judgment, and post-trial motions. Appeal will be directly to the United States Court of Appeals for the D.C. Circuit. This notice is to advise you that this case has been randomly assigned to a Magistrate Judge as the presiding judge subject to the consent of the parties. Consent to the jurisdiction of a Magistrate Judge may allow the case to be resolved sooner and less expensively.

Attached is a Consent or Declination to Magistrate Judge Jurisdiction Form ("Consent or Declination Form") for you to complete to indicate whether you consent to proceed before the assigned Magistrate Judge or decline to proceed before the assigned Magistrate Judge. This form is also available from the Court's website: https://www.dcd.uscourts.gov/new-case-forms. You are free to decline consent without adverse substantive consequences. If any party declines, the case will be randomly reassigned to a District Judge.

**Return of Consent or Declination Form is mandatory.** Each party's form is due no later than twenty-one (21) days following the date on which the last defendant to respond to the Complaint files an Answer or motion under Rule 12, or, in a removal case, twenty-one (21) days following removal, unless the time is extended by the assigned Magistrate Judge. Completed Consent or Declination Forms should be filed in CM/ECF using ONLY the "Consent/Declination to Proceed Before a Magistrate Judge" event which is located under "Civil - Other Documents." Use of that event will ensure that the completed Consent or Declination Form is not placed on the public docket and is accessible only by the Clerk's Office. Pro se parties without access to CM/ECF may email the completed form to dcd_cmecf@dcd.uscourts.gov for non-public filing by the Clerk's Office. **Each party should also serve a copy of the completed Consent or Declination Form on all other parties at the time it is filed on CM/ECF or sent to the Clerk's Office.** If and only if all parties affirmatively consent, will the party's forms be made viewable on the public docket by the Clerk's Office. If any party declines to consent to proceed before assigned Magistrate Judge, each party's forms will remain confidential with the Clerk's Office, will not be viewable on the public docket, and the case will be reassigned to a District Judge.

**Represented plaintiffs must serve a copy of this notice and the attached Consent or Declination Form upon all other parties to the action, along with the summons.**

**E-FILERS** – WHEN FILING ON CM/ECF PLEASE ONLY USE THE EVENT: "**CONSENT/DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE"** LOCATED UNDER "CIVIL-OTHER DOCUMENTS".

**SELF REPRESENTED PARTIES WITHOUT ACCESS TO CM/ECF** – PLEASE EMAIL THE FORM TO DCD_CMECF@DCD.USCOURTS.GOV OR MAIL IT TO US DISTRICT COURT, DISTRICT OF COLUMBIA, 333 CONSTITUTION AVE, NW, WASHINGTON, DC 20001

---

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

Plaintiff(s)

v.

Defendant(s).

Case No.

CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION FORM

**INSTRUCTIONS:** Please indicate below by checking **one** of the two boxes whether you (if you are the party) or the party you represent (if you are an attorney in the case) choose(s) to consent or decline Magistrate Judge jurisdiction in this matter. Sign this form below your selection.

☐ **<u>Consent</u> to Magistrate Judge Jurisdiction**
In accordance with the provisions of 28 U.S.C. § 636(c), I voluntarily **<u>consent</u>** to have a United States Magistrate Judge conduct all proceedings in this case, including trial and entry of final judgment. I understand that appeal from the judgment shall be taken directly to the United States Court of Appeals for the D.C. Circuit.

**OR**

☐ **<u>Decline</u> Magistrate Judge Jurisdiction**
In accordance with the provisions of 28 U.S.C. § 636(c), I **<u>decline</u>** to have a United States Magistrate Judge conduct proceedings in this case.

DATE: ____________________ NAME: ________________________________

COUNSEL FOR
(OR "PRO SE"): ________________________________

________________________________
Signature