AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

Stacy Soe
*Plaintiff*
v.
Howard University Hospital, et al.
*Defendant*

) Case No. 1:26cv03426

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant District of Columbia Nurses Association .

Date: 11/17/2026

Justin P. Keating
*Attorney's signature*

Justin P. Keating
*Printed name and bar number*

Beins, Axelrod & Keating, P.C.
215 N Payne St., Ste 129
Alexandria VA 22314
*Address*

jkeating@beinsaxelrod.com
*E-mail address*

(703) 966-3193
*Telephone number*

*FAX number*